942

No. 145. IGOE, U. S. DISTRICT JUDGE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Solicitor General Cox* for the United States.

No. 193. ROMANO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *W. Paul Flynn, Bernard P. Kopkind* and *Charles L. Flynn* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 234. ROTH ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *David A. Field* and *William Esbitt* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 286. HALL ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof, Joseph H. Davis* and *J. Sewell Elliott* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 561. DUPLESHIN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *H. Alva Brumfield* and *Garland R. Rolling* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, and *Frank H. Langridge* for respondent.

No. 836. BROWN ET AL. *v.* OHIO POWER Co. Sup. Ct. Ohio. Certiorari denied. Petitioners *pro se. John G. Ketterer* for respondent.